# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV26

| | |
|---|---|
| **H&R BLOCK TAX SERVICES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| **DAVID SOWDEN and MARILYN** ) | |
| **SOWDEN,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court upon the Plaintiff's motion for admission *pro hac vice* of Dennis Palmer and Kelly Stohs, to appear as counsel in this matter, filed February 7, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion is **ALLOWED**, and Dennis Palmer and Kelly Stohs are hereby granted special admission to the bar of this Court upon the payment of the admission fee of **ONE HUNDRED DOLLARS ($100.00)** by each attorney to the Clerk of this Court within ten (10) days of the filing of this Order.

2

Signed: February 8, 2006

Lacy H. Thornburg
United States District Judge