# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CIVIL NO. 1:06CV26

| | |
|---|---|
| **H&R BLOCK TAX SERVICES, INC.,**  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| Vs.  ) | **O R D E R** |
| ) | |
| **DAVID SOWDEN and MARILYN SOWDEN,**  ) | |
| ) | |
| Defendants.  ) | |

**THIS MATTER** is before the Court upon the Defendants' motion for admission *pro hac vice* of Kenneth A. Rutherford to appear as counsel in this matter, filed February 9, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendants' motion is **ALLOWED**, and Kenneth A. Rutherford is hereby granted special admission to the bar of this Court upon the payment of the admission fee of **ONE HUNDRED DOLLARS ($100.00)** to the Clerk of this Court within ten (10) days of the filing of this Order.

2

Signed: February 9, 2006

Lacy H. Thornburg
United States District Judge